■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LEE, Appellant. [747 NYS2d 796]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Altman, J.P., Goldstein, McGinity and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYLE MANIGAULT, Also Known as DARYLE MANIGOLD, Appellant. [747 NYS2d 787]

The defendant has not preserved for appellate review his contention that the trial court's examination of witnesses during the trial, and comments during the prosecutor's summation, denied him a fair trial (*see* CPL 470.05 [2]; *People v Charleston,* 56 NY2d 886; *People v Gonzalez,* 183 AD2d 783). In any event, the trial court's questioning was proper (*cf. People v Yut Wai Tom,* 53 NY2d 44, 45).

The defendant's remaining contentions are without merit. Santucci, J.P., Schmidt, Townes and Cozier, JJ., concur.